974 A.2d 1162

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Phyrak VANN, Petitioner.**

Supreme Court of Pennsylvania.

June 23, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2009, the Petition for Allowance of Appeal and Motion to Strike Response are **DENIED.**